IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

BNLFOOD INVESTMENTS LIMITED SARL,

*Plaintiff*,

v.

MARTEK BIOSCIENCES CORP.,

*Defendant*.

Civil Action No. WDQ-11-446

## ~~[PROPOSED]~~ ORDER

Upon consideration of Plaintiff BNLfood Investments Limited SARL's and Defendant Martek Biosciences Corp.'s Joint Motion to Amend the Scheduling Order, IT IS HEREBY ORDERED that the Motion is GRANTED.

And it is FURTHER ORDERED that the deadlines in Section I of the Court's December 28, 2011 Scheduling Order are hereby revised as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures | March 16, 2012 |
| Defendant's Rule 26(a)(2) disclosures | April 16, 2012 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | April 30, 2012 |
| Rule 26(e)(2) supplementation of disclosures and responses | May 7, 2012 |

Dated: February 23, 2012

_____
William D. Quarles, Jr.
United States District Judge