UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| BNLFOOD INVESTMENTS LIMITED SARL, <br><br> Plaintiff, <br><br> v. <br><br> MARTEK BIOSCIENCES CORP., <br><br> Defendant. | Civil Action No. 11-0446 (WDQ) |

### SUPPLEMENTAL STIPULATED PROTECTIVE ORDER

THIS MATTER having come before the Court upon the stipulation of the parties for the entry of a protective order supplementing the Stipulated Protective Order entered by this Court on February 3, 2012, and upon a finding that good cause having been shown for this Supplemental Stipulated Protective Order, the Court ORDERS as follows:

1. On February 3, 2012, the Court entered a Stipulated Protective Order (the "Order") that had been filed by the parties on February 2, 2012. Without intending in any way to summarize the entire Order, it was generally designed to, and does, address the confidentiality of any and all discovery materials produced by either party or by third parties in this litigation. To the extent that it is not already addressed by paragraph III.E. of the Order, the parties do hereby consent to and agree that any "Discovery Material" as that term is defined in the second paragraph of the Order, may be shown to any person or representative of a Third Party Entity (the "Entity"), that, as shown on the face of the Discovery Material, previously was provided or sent to, emanated from, or was in the possession, custody or control of that Entity. It is the intention of the parties to this litigation that Discovery Material already or previously in the

\\BA - 061954/000112 - 310493 v1

hands of a third party should not be considered confidential as to that third party or its agents, servants or employees. This is not meant to cover or render non-confidential any part of any document or other Discovery Material that previously was not provided or sent to, did not emanate from, or was not then or is not currently in the possession, custody or control of the Entity. In the situation where part of the document is covered by this Supplemental Stipulation, and part of the document is confidential under the Order, the portion of the document that is confidential – if the document is shown to any person or representative an Entity – shall be redacted and will remain confidential and covered by the terms of the Order.

Dated: May 24, 2012

Respectfully submitted,

By: /s/ Jaime M. Crowe
Francis A. Vasquez (D. Md. Bar ID # 14941)
Jaime M. Crowe (D. Md. Bar ID # 18122)
Charles C. Moore (D. Md. Bar ID # 25759)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
E-mail: fvasquez@whitecase.com
E-mail: jcrowe@whitecase.com
E-mail: charlesmoore@whitecase.com
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

OF COUNSEL:
George L. Paul (*pro hac vice*)
Rebecca H. Farrington (*pro hac vice*)
James P. Gagen (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
E-mail: gpaul@whitecase.com
E-mail: rfarrington@whitecase.com
E-mail: jgagen@whitecase.com
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Plaintiff*

By: /s/ Mark D. Gately
Mark D. Gately (Bar #00134)
Andrea W. Trento (Bar #28816)
HOGAN LOVELLS US LLP
Harbor East
100 International Drive
Baltimore, MD 21202
Email: mark.gately@hoganlovells.com
Email: andrea.trento@hoganlovells.com
Telephone: (410) 659-2700
Facsimile: (410) 659-2701

OF COUNSEL:
J. Robert Robertson (*Admitted pro hac vice*)
Corey W. Roush (*Admitted pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Email: robby.robertson@hoganlovells.com
E-mail: corey.roush@hoganlovells.com
Telephone: (202) 637-5600
Fax: (202) 637-5910

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated this 19th day of June 2012.

_____
Hon. ~~William D. Quarles, Jr.~~ Stephanie A. Gallagher
United States ~~District~~ Magistrate Judge

\\BA - 061954/000112 - 310493 v1