IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

BNLFOOD INVESTMENTS         *
LIMITED SARL,
                            *
    Plaintiff,
                            *
        v.                  *   CIVIL NO.: WDQ-11-0446

DSM NUTRITIONAL PRODUCTS, LLC,  *

    Defendant.              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 13th day of March, 2014, ORDERED that:

1. The Plaintiff's motion to alter or amend the judgment (ECF No. 95), BE, and HEREBY IS, GRANTED in part and DENIED in part:

    a. The Court's March 28, 2013 grant of summary judgment to the Defendant on the Plaintiff's claim for injunctive relief under section 16 of the Clayton Act is VACATED, (ECF No. 93);

    b. The motion is otherwise DENIED;

2. The Plaintiff's and the Defendant's motions to seal (ECF Nos. 97, 100, 103), BE, and HEREBY ARE, GRANTED;

3.  The Clerk of the Court shall REOPEN this case; and

4.  The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

_/s/ William D. Quarles, Jr._
William D. Quarles, Jr.
United States District Judge