IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

BNLFOOD INVESTMENTS
LIMITED SARL,

    Plaintiff,

    v.

DSM NUTRITIONAL PRODUCTS, LLC,

    Defendant.

CIVIL NO.: WDQ-11-0446

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 4th day of March, 2015, ORDERED that:

1. The Plaintiff's and the Defendant's motions to seal (ECF Nos. 110, 112, 114), BE, and HEREBY ARE, GRANTED;

2. The Plaintiff's motion for summary judgment (ECF No. 108), BE, and HEREBY IS, DENIED;

3. The Defendant's cross-motion for summary judgment (ECF No. 111), BE, and HEREBY IS, GRANTED;

4. The Defendant's motion for leave to file a surreply (ECF No. 115), BE, and HEREBY IS, GRANTED;

5. The Clerk of the Court shall enter judgment for the Defendant;

6. The Clerk of the Court shall CLOSE this case; and

7. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                  /s/
                                      William D. Quarles, Jr.
                                      United States District Judge