IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **BNLFOOD INVESTMENTS LIMITED SARL,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DSM NUTRITIONAL PRODUCTS, LLC,**<br>*SUCCESSOR BY MERGER TO MARTEK*<br>*BIOSCIENCES CORPORATION*,<br><br>*Defendant*. | Civil Action No.: 1:11-cv-00446-WDQ |

## CORRECTED MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Come now Charles C. Moore and White & Case LLP and hereby file this Corrected Motion to Withdraw Appearance of Counsel in accordance with District of Maryland Local Rule 101 and state as follows.

1. The law firm of White & Case LLP filed the instant action and has represented the Plaintiff throughout this litigation.

2. By order dated March 4, 2015, this Court ordered the Clerk of the Court to enter judgment for Defendant and to close this case.

3. White & Case LLP has provided oral and written notice to Plaintiff more than seven days from the filing of this corrected motion that White & Case LLP intends to withdraw as counsel for the Plaintiff, and that Plaintiff must seek new counsel if it intends to continue to advance or protect its interests in this case or on appeal.

Wherefore the undersigned counsel respectfully request that this Honorable Court grant the request of Charles C. Moore and White & Case LLP to withdraw from this litigation.

Respectfully submitted,

Dated: March 12, 2015

By:   */s/ Charles C. Moore*
Francis A. Vasquez (D. Md. Bar ID # 14941)
Jaime M. Crowe (D. Md. Bar ID # 18122)
Charles C. Moore (D. Md. Bar ID # 25759)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, D.C. 20005
E-mail: fvasquez@whitecase.com
E-mail: jcrowe@whitecase.com
E-mail: charlesmoore@whitecase.com
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

OF COUNSEL:
**WHITE & CASE LLP**
George L. Paul
Rebecca H. Farrington
James P. Gagen
701 Thirteenth Street, N.W.
Washington, D.C. 20005
E-mail: gpaul@whitecase.com
E-mail: rfarrington@whitecase.com
E-mail: jgagen@whitecase.com
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Plaintiff*
*BNLfood Investments Limited SARL*

## **CERTIFICATE OF SERVICE**

I, Charles C. Moore, hereby certify that on March 12, 2015, true and correct copies of the foregoing Corrected Motion to Withdraw Appearance of Counsel were served on parties as indicated below:

**VIA ELECTRONIC MAIL**

**Mark D. Gately**
**Andrea William Trento**
Hogan Lovells US LLP
100 International Dr., Ste. 2000
Baltimore, MD 21202
Email: mark.gately@hoganlovells.com
Email: andrea.trento@hoganlovells.com

**VIA ELECTRONIC MAIL**

**John Robert Robertson**
**Corey W. Roush**
Hogan Lovells US LLP
Columbia Square
555 13th St., N.W.
Washington, DC 20004
Email: robby.robertson@hoganlovells.com
Email: corey.roush@hoganlovells.com

*/s/ Charles C. Moore*
**WHITE & CASE LLP**
Charles C. Moore